# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   JEFFREY E. CHEADLE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-17-348-M |
| | ) | |
| 1.   USCC SERVICES, LLC, agent for | ) | |
| UNITED STATES CELLULAR, and | ) | |
| 2.   USCT of GREATER TULSA, LLC, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF *PARTIAL* DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey E. Cheadle, Jr. and Defendants USCC Services, LLC, agent for United States Cellular, and USCT of Greater Tulsa, LLC hereby stipulate that Plaintiff's claims against USCT of Greater Tulsa, LLC *only* in the above styled and numbered action shall be dismissed with prejudice. Defendant USCC Services, LLC, agent for United State Cellular, remains the sole Defendant in this action. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF APRIL, 2017.**

    s/ Lauren W. Johnston
    JANA B. LEONARD, OBA #17844
    LAUREN W. JOHNSTON, OBA #22341
    SHANNON C. HAUPT, OBA #18922
    LEONARD & ASSOCIATES, P.L.L.C.
    8265 S. Walker
    Oklahoma City, Oklahoma 73139
    (405) 239-3800 (telephone)
    (405) 239-3801 (facsimile)

leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*


S/ Kathy R. Neal
(Signed with Permission)
Kathy R. Neal, OBA #674
McAfee & Taft, A Professional Corporation
2 West Second Street, Suite 1100
Tulsa, OK 74103
(918) 587-0000 (telephone)
(918) 599-9317 (facsimile)
kathy.neal@mcafeetaft.com

and

Philip R. Bruce, OBA #30504
McAfee & Taft, A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
(405) 552-2390 (telephone)
(405) 228-7390 (facsimile)
philip.bruce@mcafeetaft.com
*Counsel for Defendants*