**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   JEFFREY E. CHEADLE, JR., | ) | |
| | ) | |
|              Plaintiff, | ) | CIV-17-348-M |
| | ) | |
| v. | ) | |
| | ) | |
| 1.   USCC SERVICES, LLC, agent for | ) | |
|       UNITED STATES CELLULAR, and | ) | |
| 2.   USCT of GREATER TULSA, LLC, | ) | |
| | ) | |
|              Defendants. | ) | |

**STIPULATION TO DISMISS**

Plaintiff, Jeffrey E. Cheadle, Jr., and Defendant, USCC Services, LLC, by and through their respective attorneys, hereby stipulate to the dismissal of the above-captioned matter, with prejudice, with each side to bear their own attorneys' fees and costs.

| **JEFFREY E. CHEADLE, JR.** | **USCC SERVICES, LLC** |
|---|---|
| By: s/ Lauren Johnston | By:  s/ Kathy R. Neal |
|       One of His Attorneys |       One of Its Attorneys |
| | |
| Lauren W. Johnston, OBA #22341 | Kathy R. Neal, OBA #674 |
| LEONARD & ASSOCIATES, P.L.L.C. | Anna C. Lukeman, OBA # 32449 |
| 8265 S. Walker | MCAFEE & TAFT |
| Oklahoma City, OK 73139 | 2 West Second Street, Suite 1100 |
| (405) 239-3800 Telephone | Tulsa, OK 74103 |
| (405) 239-3801 Facsimile | 918-587-0000 Telephone |
| johnstonlw@leonardlaw.net | 918-599-9317 Facsimile |
| | kathy.neal@mcafeetaft.com |
| Attorney for Plaintiff, | anna.lukeman@mcafeetaft.com |
| Jeffrey E. Cheadle, Jr. | |
| | Attorneys for Defendant, |
| | USCC Services, LLC |